UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00433-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  IVAN JAMAL NEWBORN, a/k/a "PT,"

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, November 30, 2009,** and responses to these motions shall be filed by **Friday, December 11, 2009.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a future date.  It is

    FURTHER ORDERED that a 5-day jury trial is set for **Monday, January 11, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: November 16, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge