UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00433-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  IVAN JAMAL NEWBORN, a/k/a "PT,"

    Defendant.

## MINUTE ORDER

A Notice of Disposition was filed in the above matter on December 17, 2009. The trial currently set to commence on Monday, January 11, 2010, is **VACATED**. A Change of Plea hearing is set for **Wednesday, January 27, 2010, at 11:00 a.m.**

**Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated:  December 17, 2009