UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00433-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  IVAN JAMAL NEWBORN, a/k/a "PT,"

    Defendant.

**MINUTE ORDER**

    Due to a scheduling conflict, the Change of Plea hearing set for Wednesday, January 27, 2010, is **MOVED** from 11:00 a.m. to **2:00 p.m.**

    Dated:  January 25, 2010