UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00433-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. IVAN JAMAL NEWBORN, a/k/a "PT,"

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

Sentencing hearing is reset to **Friday, February 18, 2011, at 9:00 a.m.**

Dated: June 30, 2010.