UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00433-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  IVAN JAMAL NEWBORN, a/k/a "PT,"

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the Sentencing hearing set for Friday, February 18, 2011, at 9:00 a.m. is **RESET** to **Thursday, February 24, 2011, at 10:00 a.m.**

      Dated:  February 11, 2011.